IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KIM BENSON                                                                                              PLAINTIFF

vs.                                            Civil No. 1:13-cv-01064

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Before the Court is the Report and Recommendation filed on February 12, 2014 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends this case be remanded pursuant to Sentence Four of Section 205(g) of the Social Security Act. *Id.*

The Parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby remanded pursuant to Sentence Four of Section 205(g) of the Social Security Act.

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED** this 17th day of March, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge